UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD WEBB,

                              Plaintiff,                      23 Civ. No. 8873 (VEC)

         -against-                                   **PRE-SETTLEMENT
                                                                  CONFERENCE ORDER**

TADEUSZ PANIENKOWSKI and
FINKLE TRANSPORT INC.,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, July 23, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 131 659 77#.**

        **SO ORDERED.**

DATED:    New York, New York
                 July 3, 2024

                                                                _____
                                                                The Honorable Gary Stein
                                                                United States Magistrate Judge